THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CYRUS B. WAGAR, Appellant.

*People* v. *Wagar*, 116 App. Div. 922, affirmed.
(Argued February 24, 1908; decided April 14, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 28, 1906, which affirmed a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of the crime of abortion.

*George Raines* for appellant.

*Stephen J. Warren, District Attorney* (*Howard H. Widener* of counsel), for respondent.

While the evidence adduced on the trial to establish the guilt of the defendant is far from satisfactory, we cannot declare as a matter of law that it was insufficient to warrant the submission of the case to the jury. Under the limited power of review vested in us by the Constitution we must, therefore, affirm the judgment.

Judgment of conviction affirmed ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.